A·S·K FINANCIAL LLP
Joseph L. Steinfeld, Jr., Esq.
*(Admitted Pro Hac Vice)*
John T. Siegler, Esq.
Alex Govze, , Esq.
*(Admitted Pro Hac Vice)*
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 406-9665 ext. 842  Fax: (651) 406-9676
e-mail: agovze@askfinancial.com

Edward E. Neiger, Esq.
317 Madison Avenue, 21st Floor
New York, New York 10017
Telephone: (212) 267-7342   Fax: (212) 918-3427
e-mail: eneiger@askfinancial.com

Attorneys For Plaintiff, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Quebecor World (USA), Inc., et al.,<br><br>Debtors. | Bk. No. 08-10152-JMP<br><br>Chapter 11 |
| Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust,<br><br>Plaintiff,<br>vs.<br><br>Media Technology, Incorporated,<br><br>Defendant. | Adv No. 10-02455-SHL |

### STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

Plaintiff and Defendant herein stipulate pursuant to FRCP Rule 41(a)(1) (ii), and Federal Rule of Bankruptcy Procedure 7041, that this action be dismissed with prejudice. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

Dated: November 29, 2010

A·S·K FINANCIAL LLP

Primary Counsel  
Please Contact Attorney in **Bold**

By     /s/ *Alex Govze*  
Joseph L. Steinfeld, Jr., Esq. (*Admitted Pro Hac Vice*),  
John T. Siegler, Esq.  
**Alex Govze, Esq.** (*Admitted Pro Hac Vice*),  
2600 Eagan Woods Drive, Suite 400  
St. Paul, MN 55121  
Telephone: (651) 406-9665 ext. 842   Fax: (651) 406-9676  
e-mail: agovze@askfinancial.com

Edward E. Neiger, Esq.  
317 Madison Avenue, 21st Floor  
New York, New York 10017  
Telephone: (212) 267-7342    Fax: (212) 918-3427  
e-mail: eneiger@askfinancial.com  
Attorneys For Plaintiff, Eugene I. Davis, Litigation Trustee for the Quebecor World Litigation Trust

Dated: December 3, 2010

PHILLIPS MURRAH P.C.

By: _____  
Robert Haupt, Esq.  
Attorney For Defendant

**SO ORDERED**

Dated:

_____  
HONORABLE SEAN H. LANE  
UNITED STATES BANKRUPTCY JUDGE